**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---

| | |
|---|---|
| Nicole Davis, on behalf of herself and all others similarly situated, | Case no. 1:25-cv-08058 |
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Vintage Brand, LLC, | |
| Defendant. | |

---

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 10, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (718) 554-0237

Email: Dreyes@ealg.law